IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KRISTAL SANDERS,                                    CIVIL DIVISION

               Plaintiff,                        Case No. 2:20-cv-00093-MRH

          v.

ENT ALLERGY SPECIALISTS OF WESTERN
PA,

       Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Estelle K. McGrath* |
| 2315 Koppers Building | Marshall Dennehey Warner Coleman & Goggin |
| 436 Seventh Avenue | 700 Union Trust Building |
| Pittsburgh, PA 15219 | 501 Grant Street |
| | Pittsburgh, PA 15219 |
| | |
| Counsel for the plaintiff | Counsel for the defendant |

### ORDER

AND NOW, this  15th  day of _____June_____ 2020, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

s/ Mark R. Hornak
_____
Mark R. Hornak
Chief United States District Court Judge